IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | | |
|---|---|---|
| Glasco Flowers | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| vs. | : | |
| | : | |
| Alberto Jimenez, Oak Transportation and | : | No. 2:17-CV-08277-MCA-CLW |
| Freight, LLC, JAD Trucking, LLC, Torre | : | |
| Services, Inc. and Eagle Logistics, LLC | : | |
| Defendants. | : | |

### STIPULATION TO DISMISS

It is hereby agreed and stipulated to by all counsel of record, that this matter be dismissed with prejudice.

*/s/ Rhonda Hill Wilson*

Rhonda Hill Wilson, Esquire
Attorney for Plaintiff Glasco Flowers
Law Offices of Rhonda Hill Wilson, P.C.
1500 J.F.K Blvd., Suite 820
Philadelphia, PA 19102
Rhwilson@philly-attorney.com

*/s/ Marc R. Jones*

Marc R. Jones, Esquire
Attorney for Defendant Oak Transportation and Freight, LLC
Cipriani & Werner
155 Gaither Drive, Suite B
Mount Laurel, NJ 08054
Email: mjones@c-wlaw.com

Mark J. Cintron, Esquire
Attorney for Defendant Eagle Logistics, LLC
The Cintron Firm, LLC
167 Main Street, 1st Floor
Ridgefield Park, NJ 07660
Email: Mark@thecintronfirm.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | | |
|---|---|---|
| Glasco Flowers | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| vs. | : | |
| | : | |
| Alberto Jimenez, Oak Transportation and | : | No. 2:17-CV-08277-MCA-CLW |
| Freight, LLC, JAD Trucking, LLC, Torre | : | |
| Services, Inc. and Eagle Logistics, LLC | : | |
| Defendants. | : | |

## STIPULATION TO DISMISS

It is hereby agreed and stipulated to by all counsel of record, that this matter be dismissed with prejudice.

*/s/ Rhonda Hill Wilson*

Rhonda Hill Wilson, Esquire
Attorney for Plaintiff Glasco Flowers
Law Offices of Rhonda Hill Wilson, P.C.
1500 J.F.K Blvd., Suite 820
Philadelphia, PA 19102
Rhwilson@philly-attorney.com


Marc R. Jones, Esquire
Attorney for Defendant Oak Transportation and Freight, LLC
Cipriani & Werner
155 Gaither Drive, Suite B
Mount Laurel, NJ 08054
Email: mjones@c-wlaw.com

*/s/ Mark J. Cintron*

Mark J. Cintron, Esquire
Attorney for Defendant Eagle Logistics, LLC
The Cintron Firm, LLC
167 Main Street, 1st Floor
Ridgefield Park, NJ 07660
Email: Mark@thecintronfirm.com

BY THE COURT:

_____ J.