CASE CLOSED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK DIVISION

| Glasco Flowers | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| vs. | : | |
| | : | |
| Alberto Jimenez, Oak Transportation and Freight, LLC, JAD Trucking, LLC, Torre Services, Inc. and Eagle Logistics, LLC | : | No. 2:17-CV-08277-MCA-CLW |
| Defendants. | : | |

## STIPULATION TO DISMISS

It is hereby agreed and stipulated to by all counsel of record, that this matter be dismissed with prejudice.

*Rhonda Hill Wilson*

Rhonda Hill Wilson, Esquire
Attorney for Plaintiff Glasco Flowers
Law Offices of Rhonda Hill Wilson, P.C.
1500 J.F.K Blvd., Suite 820
Philadelphia, PA 19102
Rhwilson@philly-attorney.com

*Marc R. Jones*

Marc R. Jones, Esquire
Attorney for Defendant Oak Transportation and Freight, LLC
Cipriani & Werner
155 Gaither Drive, Suite B
Mount Laurel, NJ 08054
Email: mjones@c-wlaw.com

_____

Mark J. Cintron, Esquire
Attorney for Defendant Eagle Logistics, LLC
The Cintron Firm, LLC
167 Main Street, 1st Floor
Ridgefield Park, NJ 07660
Email: Mark@thecintronfirm.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK DIVISION

| Glasco Flowers | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| vs. | : | |
| | : | |
| Alberto Jimenez, Oak Transportation and Freight, LLC, JAD Trucking, LLC, Torre Services, Inc. and Eagle Logistics, LLC | : | No. 2:17-CV-08277-MCA-CLW |
| Defendants. | : | |

## STIPULATION TO DISMISS

It is hereby agreed and stipulated to by all counsel of record, that this matter be dismissed with prejudice.

*[signature]*

Rhonda Hill Wilson, Esquire
Attorney for Plaintiff Glasco Flowers
Law Offices of Rhonda Hill Wilson, P.C.
1500 J.F.K Blvd., Suite 820
Philadelphia, PA 19102
Rhwilson@philly-attorney.com

---

Marc R. Jones, Esquire
Attorney for Defendant Oak Transportation and Freight, LLC
Cipriani & Werner
155 Gaither Drive, Suite B
Mount Laurel, NJ 08054
Email: mjones@c-wlaw.com

*[signature]*

Mark J. Cintron, Esquire
Attorney for Defendant Eagle Logistics, LLC
The Cintron Firm, LLC
167 Main Street, 1st Floor
Ridgefield Park, NJ 07660
Email: Mark@thecintronfirm.com

BY THE COURT:

SO ORDERED

8/20/19

Madeline Cox Arleo, U.S.D.J.

_____ J.